**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16130-Q**

## ORDER

The Court **GRANTS** appellant's January 24, 2014 **second** motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
           JUSTICE